IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, INC., and GET EDUCATED INTERNATIONAL PROPRIETARY LTD., <br><br> Plaintiffs, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, and U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 1:23-cv-00925-TNM |

### DECLARATION OF CHARLES S. DAMERON IN SUPPORT OF PLAINTIFFS' MOTION FOR STAY AND PRELIMINARY INJUNCTION

I, Charles S. Dameron, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia, an associate at Latham & Watkins, LLP, located at 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004, and counsel for Plaintiffs 2U, Inc. and Get Educated International Proprietary Ltd. in the above-captioned case. I have personal knowledge of the facts set forth below and would testify truthfully to them if called upon to do so.

2. I am submitting this declaration in connection with and in support of Plaintiffs' Motion for Stay and Preliminary Injunction.

3. Attached as **Exhibit 1** is a true and correct copy of the 2023 Dear Colleague Letter (GEN-23-03), as updated on February 28, 2023, entitled "Requirements and Responsibilities for Third-Party Servicers and Institutions" in the form obtained from https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2023-02-15/requirements-and-responsibilities-third-party-servicers-and-institutions-updated-feb-28-2023.

1

4. Attached as **Exhibit 2** is a true and correct copy of the 2023 Dear Colleague Letter (GEN-23-03) entitled "Requirements and Responsibilities for Third-Party Servicers and Institutions" in the form issued by the Department of Education on February 15, 2023.

5. Attached as **Exhibit 3** is a true and correct copy of the April 26, 2012 Dear Colleague Letter (GEN-12-08) entitled "Disbursing or Delivering Title IV Funds Through a Contractor" in the form obtained from https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/GEN1208.pdf.

6. Attached as **Exhibit 4** is a true and correct copy of the January 9, 2015 Dear Colleague Letter (GEN-15-01) entitled "Third-Party Servicer Institutional Requirements and Responsibilities" in the form obtained from https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/GEN1501.pdf.

7. Attached as **Exhibit 5** is a true and correct copy of the August 18, 2016 Dear Colleague Letter (GEN-16-15) entitled "Third-Party Servicer Questions and Answers" in the form obtained from https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2016-08-18/third-party-servicer-questions-and-answers.

8. Attached as **Exhibit 6** is a true and correct copy of the March 8, 2017 electronic announcement entitled "Updated Third-Party Servicer Questions and Answers" in the form obtained from https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2017-03-08/updated-third-party-servicer-questions-and-answers.

9. Attached as **Exhibit 7** is a true and correct copy of the March 8, 2017 document entitled "Third-Party Servicer Questions and Answers in MS Word" in the form obtained from the "Attachments" section of https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2017-03-08/updated-third-party-servicer-questions-and-answers.

10. Attached as **Exhibit 8** is a true and correct copy of an April 2022 Report from the Government Accountability Office entitled "Education Needs to Strengthen Its Approach to Monitoring Colleges' Arrangements with Online Program Managers" in the form obtained from https://www.gao.gov/assets/gao-22-104463.pdf.

11. Attached as **Exhibit 9** is a true and correct copy of a February 23, 2023 letter from the American Council on Education to Secretary of Education Miguel Cardona in the form obtained from https://www.acenet.edu/Documents/Letter-ED-TPS-Comments-Extension.pdf.

12. Attached as **Exhibit 10** is a true and correct copy of a February 24, 2023 letter from the Software & Information Industry Association to Secretary of Education Miguel Cardona in the form obtained from https://www.siia.net/wp-content/uploads/2023/02/February-15-Dear-Colleague-Letter.pdf.

13. Attached as **Exhibit 11** is a true and correct copy of a March 23, 2023 press release entitled "The Department of Education Announces Public Hearings on Higher Education Rulemaking" in the form obtained from https://www.ed.gov/news/press-releases/department-education-announces-public-hearings-higher-education-rulemaking.

14. Attached as **Exhibit 12** is a true and correct copy of a March 30, 2023 comment letter by 2U in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-1074.

15. Attached as **Exhibit 13** is a true and correct copy of a March 29, 2023 comment letter by the American Council on Education in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0778.

16. Attached as **Exhibit 14** is a true and correct copy of a March 21, 2023 comment letter by Unizin Ltd. in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0171.

17. Attached as **Exhibit 15** is a true and correct copy of a March 7, 2023 comment letter by EDUCAUSE in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0024.

18. Attached as **Exhibit 16** is a true and correct copy of a March 27, 2023 comment letter by the University of Dayton in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0246.

19. Attached as **Exhibit 17** is a true and correct copy of a March 29, 2023 comment letter by New York University in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0578.

20. Attached as **Exhibit 18** is a true and correct copy of a March 30, 2023 comment letter by Duane Morris LLP in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-1089.

21. Attached as **Exhibit 19** is a true and correct copy of a March 27, 2023 comment letter by Ellucian Company L.P. in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0278.

22. Attached as **Exhibit 20** is a true and correct copy of a March 30, 2023 comment letter by Wiley in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0866.

23. Attached as **Exhibit 21** is a true and correct copy of a March 30, 2023 comment letter by Coursera in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0967.

24. Attached as **Exhibit 22** is a true and correct copy of a March 30, 2023 comment letter by Pearson in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0966.

25. Attached as **Exhibit 23** is a true and correct copy of a March 30, 2023 comment letter by McGraw Hill in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0852.

26. Attached as **Exhibit 24** is a true and correct copy of a March 30, 2023 comment letter by the University of California in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0944.

27. Attached as **Exhibit 25** is a true and correct copy of a March 29, 2023 comment letter by the University of Maryland, Baltimore County in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0633.

28. Attached as **Exhibit 26** is a true and correct copy of a March 23, 2023 comment letter by the president of Rhodes College in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0180.

29. Attached as **Exhibit 27** is a true and correct copy of a March 29, 2023 comment letter by Amazon Web Services, Inc. in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0758.

30. Attached as **Exhibit 28** is a true and correct copy of a March 29, 2023 comment letter by the Society for Human Resource Management in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0581.

31. Attached as **Exhibit 29** is a true and correct copy of a March 28, 2023 comment letter by the University of Texas System in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0497.

32. Attached as **Exhibit 30** is a true and correct copy of a March 27, 2023 comment letter by the International Education Council in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0304.

33. Attached as **Exhibit 31** is a true and correct copy of a March 29, 2023 comment letter by the Missouri Hospital Association in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0593.

34. Attached as **Exhibit 32** is a true and correct copy of a March 27, 2023 comment letter by Seattle Children's Hospital in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0258.

35. Attached as **Exhibit 33** is a true and correct copy of a March 29, 2023 comment letter by the State of Washington Department of Health's Nursing Care Quality Assurance Commission in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0650.

36. Attached as **Exhibit 34** is a true and correct copy of a March 30, 2023 comment letter by the Association of American Publishers in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0949.

37. Attached as **Exhibit 35** is a true and correct copy of a March 23, 2023 comment letter by Education Testing Service in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0880.

38. Attached as **Exhibit 36** is a true and correct copy of a March 30, 2023 comment letter by Diversity Abroad in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-1094.

39. Attached as **Exhibit 37** is a true and correct copy of a March 30, 2023 comment letter by the National College Attainment Network in the form obtained from https://www.regulations.gov/comment/ED-2022-OPE-0103-0870.

40. Attached as **Exhibit 38** is a true and correct copy of an August 30, 2016 document entitled "Third-Party Servicer Questions Servicer Data Form in PDF Format" in the form obtained from the "Attachments" section of https://fsapartners.ed.gov/knowledge-center/library/electronic-announcements/2015-02-12/general-subject-third-party-servicer-data-form-reporting-requirement-updated-august-30-2016.  In order to comply with NextGen CM/ECF Release 1.7.1 (Revision 1.7.1.1) requirements, the embedded spreadsheet "Additional Clients.xlsx" has been removed from the filing PDF version of this exhibit.  The embedded spreadsheet was blank except for column headers for "OPE ID," "Name of College, University, Institution of Higher Education," "Service Start Date," and "Service End Date."  It can be accessed in the original version of the document available at the provided link.

41. Attached as **Exhibit 39** is a true and correct copy of a March 2023 document entitled "Title IV Audit Guide: Guide for Financial Statement Audits of Proprietary Schools and for Compliance Attestation Examination Engagements of Proprietary Schools and Third-Party


Servicers Administering Title IV Programs" in the form obtained from https://www2.ed.gov/about/offices/list/oig/nonfed/2023auditguide.pdf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct to the best of my knowledge.

Executed on this 7th day of April 2023,

Charles S. Dameron

Latham & Watkins LLP