# PLAINTIFFS' EXHIBIT 1



UNITED STATES DEPARTMENT OF EDUCATION

THE UNDER SECRETARY

April 14, 2023

The Honorable Robert C. "Bobby" Scott
Ranking Member
Committee on Education and the Workforce
U.S. House of Representatives
Washington, DC 20515

Dear Ranking Member Scott:

Thank you for your December 2, 2022, letter to Secretary Cardona regarding the Government Accountability Office (GAO) report (22-104463) and the U.S. Department of Education's (Department) actions regarding Online Program Managers (OPMs). Your letter has been forwarded to me, and I am pleased to respond on his behalf. I am sending a similar response to each signer of the letter.

Under President Biden's leadership, the Department is making student loans more affordable than ever before. At the same time, we are addressing the root causes of unaffordable debts by holding colleges and universities accountable to students, families, and taxpayers for college costs.

For many students, online learning can be an important path for expanding opportunity and increasing access to postsecondary education. Online education was essential during the pandemic, and it remains an attractive option for instruction for many students today. It may be particularly valuable for working adults whose family and job needs and responsibilities make travel and synchronous learning a challenge.

I am pleased to report that the Department has already implemented the first of two recommendations in GAO's report regarding the Department recommending adding instructions in the Compliance Supplement to help auditors better identify and assess potential incentive compensation ban violations when a college contracts with an OPM. GAO has acknowledged that this recommendation is closed.[1] The Office of Management and Budget is reviewing the revised audit guidance for inclusion in the Compliance Supplement for audits of public and not-for-profit institutions. The Office of Inspector General also issued a revised audit guide for proprietary institutions that strengthened the required incentive compensation audit procedures when a proprietary institution enters into a contractual agreement with an entity to recruit, admit, and/or enroll its students or to award Title IV student aid.[2]

GAO's second recommendation requested the Department develop additional instructions to colleges regarding the information they must provide about their OPM arrangements. In 2011, the Department issued guidance on the prohibition on incentive compensation that created an

---

[1] See, https://www.gao.gov/products/gao-22-104463.
[2] See, 2023 Title IV Audit Guide (ed.gov).

Page 2

exemption for third parties that provide recruitment services as a part of a bundle of services, commonly referred to as the "bundled services exemption." As you state in your letter, the Department is responsible for ensuring that institutions of higher education are in compliance with the law, including the prohibition of incentive compensation agreements between colleges and universities and OPMs. Since the guidance was issued, the office of Federal Student Aid has found 50 violations of the prohibition on incentive compensation and 4 violations of the bundled services exception.

Since issuing the 2011 guidance on incentive compensation, the Department has recognized that the number of students recruited by entities operating under this exception has increased, particularly through online programs operated by third-party entities, including OPMs. On February 15, 2023, the Department announced that it was reviewing the guidance on incentive compensation, particularly tuition-sharing arrangements. In that announcement, we said we would hold virtual listening sessions and take public comment on how the exception has affected the growth of online enrollment and associated federal student loan debt, and we asked for comments on how the Department can better ensure compliance with the prohibition on incentive compensation. The Department held those listening sessions on March 8 and 9 and received hundreds of public comments before the deadline of March 16, 2023.

Supporters of tuition-sharing arrangements told us that they help colleges and universities access the financing and expertise they need to create and expand online programs. However, we also heard concerns that tuition-sharing agreements encourage problematic recruiting practices, higher tuitions, and higher student debts. We are now carefully considering those comments.

Additionally, on February 15, 2023, the Department published a Dear Colleague Letter that updated various existing guidance to institutions that contract with a third-party servicer (TPS) to administer any aspect of the institution's participation in the student assistance programs authorized under Title IV of the Higher Education Act of 1965.[3] Among other topics, the guidance clarifies when a company or other third party that provides recruitment services for colleges will be considered a TPS. OPMs that provide recruitment services, among others, will fall into this category. The updated guidance will ensure the Department has greater transparency into, and more data on, any OPM that is a TPS.

Thank you for your continued advocacy on behalf of students. As we continue with this process, we will update you once any decisions are made. We look forward to continuing to work with you on these important issues. If you have further questions, please contact the Office of Legislation and Congressional Affairs at (202) 401-0020.

Sincerely,

James Kvaal

---

[3] See, https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2023-02-15/requirements-and-responsibilities-third-party-servicers-and-institutions-updated-feb-28-2023