IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, INC., and GET EDUCATED INTERNATIONAL PROPRIETARY LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>MIGUEL CARDONA, Secretary of Education, and U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 1:23-cv-00925-TNM |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION FOR STAY AND PRELIMINARY INJUNCTION (ECF NO. 9)**

On April 25, 2023, the Court issued a minute order staying this case pending the Department of Education's issuance of an updated Dear Colleague Letter and setting an expedited briefing schedule for that time. The Court's minute order noted that Plaintiffs have agreed to withdraw their Motion for Stay and Preliminary Injunction. Plaintiffs therefore submit this notice to withdraw their Motion for Stay and Preliminary Injunction (ECF No. 9).

Dated: April 26, 2023

Respectfully submitted,

/s/ *Roman Martinez*
Roman Martinez (DC Bar No. 1001100)
Andrew D. Prins (DC Bar No. 998490)
Charles S. Dameron (DC Bar No. 1048053)
William J. Seidleck (DC Bar No. 1602107)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

*Attorneys for Plaintiffs*