# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

<table>
<tr><td>

2U, INC. et al.,

     *Plaintiffs*,

v.

MIGUEL CARDONA, Secretary of
Education, et al.,

     *Defendants*.

</td><td>

No. 1:23-cv-925 (TNM)

</td></tr>
</table>

## JOINT STATUS REPORT

In accordance with the Court's minute order of September 22, 2023, the parties provide the following status report.

**1.** On April 4, 2023, Plaintiffs 2U, Inc. and Get Educated International Proprietary Ltd. filed a complaint challenging a "Dear Colleague Letter" issued by the Department of Education on February 15, 2023. Compl., ECF No. 1. Plaintiffs alleged that the 2023 DCL violated the Higher Education Act (HEA) and the Administrative Procedure Act (APA). *Id.*

**2.** On April 11, 2023, the Department announced that it was delaying the September 1, 2023, effective date of the challenged guidance letter, and the effective date of a revised guidance letter would be at least six months after its publication. *See* ECF No. 13.

**3.** On April 25, 2023, the Court stayed this case "pending the Government's issuance of an updated Dear Colleague Letter." Minute Order (Apr. 25, 2023).

**4.** On September 22, 2023, the Court ordered the parties to file a joint status report by October 22 and every 90 days thereafter. Minute Order (Sept. 22, 2023).

**5.** On October 20, 2023, the parties filed the first joint status report and represented to the Court that they would file a subsequent joint status report in 60 days.

**6.** The Department is still engaged in the monthslong process of carefully reviewing the more than 1,000 comments it received from the community on the 2023 DCL and developing new guidance. Although the Department stated in a press release on November 28, 2023, that the Department "intends to issue updated guidance on Third Party Servicers in early 2024," the Department does not anticipate issuing revised guidance in the next 90 days.

**7.** The parties will file another joint status report in 90 days.

Dated: December 19, 2023

/s/ *Roman Martinez*
Roman Martinez (DC Bar No. 1001100)
Andrew D. Prins (DC Bar No. 998490)
Charles S. Dameron (DC Bar No. 1048053)
William J. Seidleck (DC Bar No. 1602107)

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Christine L. Coogle*
Christine L. Coogle (D.C. Bar No. 1738913)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*