IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, INC. et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> MIGUEL CARDONA, Secretary of Education, et al., <br><br> *Defendants*. | No. 1:23-cv-925 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's minute orders of September 22, 2023, and September 18, 2024, the parties provide the following status report. In addition, the parties apologize to the Court for not filing this status report by September 16, when it was due. The parties both inadvertently overlooked the deadline in the press of other business and have made sure to calendar the due dates for future reports to avoid this happening in the future.

**1.** On April 4, 2023, Plaintiffs 2U, Inc. and Get Educated International Proprietary Ltd. filed a complaint challenging a "Dear Colleague Letter" issued by the Department of Education on February 15, 2023. Compl., ECF No. 1. Plaintiffs alleged that the 2023 DCL violated the Higher Education Act (HEA) and the Administrative Procedure Act (APA). *Id.*

**2.** On April 11, 2023, the Department announced that it was delaying the September 1, 2023, effective date of the challenged guidance letter, and the effective date of a revised guidance letter would be at least six months after its publication. *See* ECF No. 13.

**3.** On April 25, 2023, the Court stayed this case "pending the Government's issuance of an updated Dear Colleague Letter." Minute Order (Apr. 25, 2023).

**4.** On September 22, 2023, the Court ordered the parties to file a joint status report by October 22 and every 90 days thereafter. Minute Order (Sept. 22, 2023).

**5.** Since the last joint status report, on July 17, 2024, the Department announced that, after careful consideration of all comments it received regarding the 2023 DCL, it has decided to conduct negotiated rulemaking to consider regulations related to third-party servicers broadly. *See* U.S. Dep't of Education, *Update on Department of Education's Postsecondary Education Regulatory Work* (July 17, 2024), https://blog.ed.gov/2024/07/update-on-department-of-educations-postsecondary-education-regulatory-work/.

**6.** The parties will file another joint status report in 90 days.

| | |
|---|---|
| Dated: September 19, 2024 | Respectfully submitted, |
| /s/ *Roman Martinez* <br> Roman Martinez (DC Bar No. 1001100) <br> Andrew D. Prins (DC Bar No. 998490) <br> Charles S. Dameron (DC Bar No. 1048053) <br> William J. Seidleck (DC Bar No. 1602107) <br><br> LATHAM & WATKINS LLP <br> 555 Eleventh Street NW, Suite 1000 <br> Washington, DC 20004 <br> Tel: (202) 637-2200 <br> Fax: (202) 637-2201 <br> Email: roman.martinez@lw.com <br><br> *Counsel for Plaintiffs* | BRIAN M. BOYNTON <br> Principal Deputy Assistant Attorney General <br><br> MARCIA BERMAN <br> Assistant Branch Director <br><br> /s/ *Christine L. Coogle* <br> Christine L. Coogle (D.C. Bar No. 1738913) <br> Trial Attorney <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L St. NW <br> Washington, D.C. 20005 <br> 202-880-0282 <br> christine.l.coogle@usdoj.gov <br><br> *Counsel for Defendants* |