IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, LLC et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, Secretary of Education, et al.,<br><br>    *Defendants*. | No. 1:23-cv-925 (TNM) |

**JOINT STATUS REPORT**

Following the Court's minute order of September 19, 2024, the parties have conferred about their views on the appropriate next steps in this case and submit this joint status report as a result.

    1.    The Department plans to formally rescind the 2023 Dear Colleague Letter within four weeks of this status report (by November 18, 2024).

    2.    The Department confirms that GEN 12-08, GEN 15-01, and GEN 16-15, as modified by the March 8, 2017 electronic announcement, and GEN-23-08 will remain in effect.

    3.    Plaintiffs intend to review the rescission and engage in discussions with the Department about potential resolution of the case.

In light of these developments, the parties believe that the in-person status conference scheduled for Tuesday, October 22 may no longer be necessary.

| | |
|---|---|
| Dated: October 21, 2024 | Respectfully submitted, |
| /s/ *Roman Martinez*<br>Roman Martinez (DC Bar No. 1001100)<br>Andrew D. Prins (DC Bar No. 998490)<br>Charles S. Dameron (DC Bar No. 1048053)<br>William J. Seidleck (DC Bar No. 1602107)<br><br>LATHAM & WATKINS LLP<br>555 Eleventh Street NW, Suite 1000<br>Washington, DC 20004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201<br>Email: roman.martinez@lw.com<br><br>*Counsel for Plaintiffs* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>MARCIA BERMAN<br>Assistant Branch Director<br><br>/s/ *Christine L. Coogle*<br>Christine L. Coogle (D.C. Bar No. 1738913)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L St. NW<br>Washington, D.C. 20005<br>202-880-0282<br>christine.l.coogle@usdoj.gov<br><br>*Counsel for Defendants* |