IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, INC. et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, Secretary of Education, et al.,<br><br>    *Defendants*. | No. 1:23-cv-925 (TNM) |

**JOINT STATUS REPORT**

In accordance with the Court's minute order of October 22, 2024, the parties provide the following status report.

    1. On November 14, 2024, the Department formally rescinded the 2023 Dear Colleague Letter at issue in this litigation. *See* https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2023-02-15/requirements-and-responsibilities-third-party-servicers-and-institutions-updated-november-14-2024.

    2. The parties are continuing discussions about potential resolution of this case.

    3. The parties propose to file another joint status report in 45 days.

Dated: December 3, 2024

/s/ *Roman Martinez*
Roman Martinez (DC Bar No. 1001100)
Andrew D. Prins (DC Bar No. 998490)
William J. Seidleck (DC Bar No. 1602107)

LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

*Counsel for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Christine L. Coogle*
Christine L. Coogle (D.C. Bar No. 1738913)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*