# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, LLC, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>MIGUEL CARDONA, Secretary of Education, et al.,<br><br>　　　　*Defendants*. | Case No. 1:23-cv-00925 (TNM) |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO HOLD DEFENDANTS' MOTION TO DISMISS IN ABEYANCE, OR ALTERNATIVELY FOR EXTENSION OF TIME TO RESPOND

In consideration of Plaintiffs' Motion to Hold Defendants' Motion to Dismiss in Abeyance, or Alternatively for Extension of Time to Respond, and for good cause shown therein, it is ORDERED that the motion is GRANTED. Defendants' motion to dismiss is held in abeyance until February 3, 2025. If the case has not been voluntarily dismissed by that time, Plaintiffs will have 14 days to respond to Defendants' motion to dismiss.

　　**IT IS SO ORDERED.**


Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Trevor N. McFadden
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge