IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, LLC, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>MIGUEL CARDONA, Secretary of Education, and U.S. DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | No. 1:23-cv-00925 (TNM) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs 2U, LLC and Get Educated International Proprietary Ltd. ("Plaintiffs") and Defendants Miguel Cardona and U.S. Department of Education ("Department") (Plaintiff and Defendants collectively, the "Parties"), submit this Joint Stipulation of Dismissal and agree and stipulate as follows:

1. The Department has rescinded the regulatory guidance challenged in this case, DCL GEN-23-03. Fed. Student Aid, U.S. Dep't of Educ., GEN-23-03, Requirements and Responsibilities for Third-Party Servicers and Institutions, https://perma.cc/5JP3-JCG7 ("2023 Dear Colleague Letter"). The Department has also made clear that its prior guidance governing third-party services "remains in effect and will continue to remain in effect." ECF No. 30-1, at 4; *see* Dear Colleague Letter (GEN-16-15), *Third-Party Servicer Questions and Answers* (Aug. 18, 2016), https://fsapartners.ed.gov/knowledge-center/library/dear-colleague-letters/2016-08-18/third-party-servicer-questions-and-answers; Dear Colleague Letter (GEN-15-01), *Third-Party Servicer Institutional Requirements and Responsibilities* (Jan. 9, 2015), https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/GEN1501.pdf; Dear

Colleague Letter (GEN-12-08), *Disbursing or Delivering Title IV Funds Through a Contractor* (Apr. 26, 2012), https://fsapartners.ed.gov/sites/default/files/attachments/dpcletters/GEN1208.pdf.

2. The Parties have conferred and concluded that, at this time, there is no need for further litigation.

3. The Parties stipulate and agree to dismiss this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

4. The Parties shall bear their own attorney's fees and costs.

Respectfully submitted,

January 23, 2025

/s/ *Roman Martinez*
Roman Martinez (DC Bar No. 1001100)
Andrew D. Prins (DC Bar No. 998490)
William J. Seidleck (DC Bar No. 1602107)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: roman.martinez@lw.com

*Counsel for Plaintiffs*

BRETT A. SCHUMATE
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/ *Christine L. Coogle*
Christine L. Coogle (D.C. Bar No. 1738913)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
202-880-0282
christine.l.coogle@usdoj.gov

*Counsel for Defendants*