IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 2U, LLC, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DENISE CARTER, Acting Secretary of Education, et al.,<br><br>    *Defendants*. | No. 1:23-cv-00925 (TNM) |

**[PROPOSED] ORDER GRANTING
JOINT STIPULATION OF DISMISSAL**

The above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**, this _____ day of _____, 2025.


_____
Hon. Trevor N. McFadden
United States District Court Judge